UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re
FEIGE ZARETSKY

         Debtor

<u>Chapter</u>
Case No.: 8-14-72963-reg

----------------------------------------------------------------X

SUPREME COURT OF HE STATE OF NEW YORK
COUNTY OF NASSAU         Index No.:202667/04

HAROLD ZARETSKY,

         Plaintiffs,

-against-

FEIGE ZARETSKY

         Defendants
----------------------------------------------------------------X

### <u>STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 9027(e)(3)</u>

    Pursuant to Federal Rules of Bankruptcy Procedure 9027(e)(3), Plaintiff, Harold Zaretsky, in the removed case in Supreme Court, State of New York, County of Nassau entitled, Harold Zaretsky, Plaintiff, v. Feige Zaretsky, Defendant, Index number 202667/04, alleges that the State Court action does not involve Core proceedings and he does not consent to the entry of final orders or judgments by the Bankruptcy Judge.

Dated: July 2, 2014

                                       HAROLD ZARETSKY

Sworn to before me on this
3rd Day of July 2014

ERIN E BUCKLEY
Notary Public - State of New York
NO. 01BU6140894
Qualified in Nassau County
My Commission Expires Feb 13, 2018

By: Ellen W. Maurer, Esq.
GOLDMAN & MAURER, LLP
Attorneys for Harold Zaretsky
475 Northern Blvd, Suite 24
Great Neck, New York 11021
(516) 773-8585

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NASSAU      )

        **JULIE PORTUGUEZ**, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age, and resides in the County of Nassau, State of New York

        On July 7, 2014, deponent served the within **STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 9027(e)(3)** upon the part(y)(ies) listed below, by depositing a true copy of same enclosed in a post-paid properly addressed envelope, in a post-office official depository under the exclusive care and control of the United States Postal Service, within the State of New York and by e-mail at poppy55@aol.com.

        **FEIGE ZARETSKY**
        **Defendant, Pro Se**
        **10 Chestnut Street**
        **Plainview, New York 11803**

                              JULIE PORTUGUEZ

Sworn to before me on this 7th day
of July, 2014

ALISON S. MOSS
Notary Public, State of New York
No. 02-MO6130155
Qualified in Queens County
Commission Expires December 7, 20 17