**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
In re:

                                                                          Case No.

                                                                          Chapter:


                                    Debtor
-------------------------------------------------------------------------x

                                                                          Adv. Proc. No.


                                    Plaintiff

                 -v-



                                    Defendant
-------------------------------------------------------------------------x


## TRANSMITTAL OF MOTION FOR WITHDRAWAL OF REFERENCE


**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Motion for Withdrawal of Reference having been filed herein by: _____ on behalf of
_____ on _____.

**PLEASE TAKE NOTICE** that transmittal is made of the following pursuant to Bankruptcy Rule 5011-1:








                                                    **Robert A. Gavin, Jr.**
                                                    **Clerk of Court**

Dated:                                    **By**: _____
                                                    *Appeals Clerk*