

| | |
|---|---|
| **ecf_bounces@nyed.uscourts. gov** | **To** nobody@nyed.uscourts.gov |
| 12/10/2014 02:31 PM | **cc** |
| | **bcc** |
| | **Subject** Activity in Case 2:14-mc-01578-JFB Zaretsky v. Zaretsky Motion to Withdraw Reference |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

#### Notice of Electronic Filing

The following transaction was entered on 12/10/2014 at 2:31 PM EST and filed on 12/3/2014

| | |
|---|---|
| **Case Name:** | Zaretsky v. Zaretsky |
| **Case Number:** | 2:14-mc-01578-JFB |
| **Filer:** | Feige Zaretsky |
| **Document Number:** | 1 |

**Docket Text:**
**MOTION to Withdraw Reference Bankruptcy Court AP case number 8-14-08187-reg. by Feige Zaretsky. (Attachments: # (1) USBC - Doc# 10 - Attachment - Affidavit) (McMahon, Carol)**

**2:14-mc-01578-JFB Notice has been electronically mailed to:**

Michael D. Solomon      sollaw@aol.com

Ellen Wynter Maurer      ellen@gmplaw.com, esq12@aol.com

**2:14-mc-01578-JFB Notice will not be electronically mailed to:**

Feige Zaretsky
1909 New York Avenue
Brooklyn, NY 11210

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/10/2014]
[FileNumber=9314000-0]
[b4f2b4fa3f5f1bd3c91d9892e1f0a72fc8c2c2c35625700e2d95992fb4c6afd19c7c
1938ddc114266ff65a6017e081dd386f8b5f4f0233927631219a1f2683fb]]
**Document description:** USBC - Doc# 10 - Attachment - Affidavit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/10/2014]
[FileNumber=9314000-1]
[385a31a412cc578833982e44f22ea5885d00b04daea3e9c0bf969896bb88653bcd69
eec9ff1e44fceb2d7b9ac02a8bdb4cb7461c6e175727e3ac9d559120d77a]]