FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO & TERRANA, LLP
COUNSELORS AT LAW

THE OMNI
333 EARLE OVINGTON BLVD., SUITE 1010
UNIONDALE, NEW YORK 11553
TELEPHONE: (516) 248-1700
FACSIMILE: (516) 248-1729

**BRIAN J. HUFNAGEL**
BHUFNAGEL@FORCHELLILAW.COM          WEBSITE:WWW.FORCHELLILAW.COM
Direct Dial: (516) 812-6285

February 15, 2015

Hon. Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York  11722

    Re:  **Zaretsky v. Zaretsky; Case No. 14-08187-REG**

Dear Judge Grossman:

    Due to the motion to withdraw the reference pending before the District Court, this letter will confirm that the hearing on Plaintiff's Motion to Remand Adversary Proceeding has been adjourned from March 30, 2015 at 9:30 a.m. to **June 8, 2015 at 9:30 a.m.**

    Thank you and please feel free to give me a call with any questions.

    Very truly yours,

    */s/ Brian J. Hufnagel*

    Brian J. Hufnagel

BJH/ms
cc: Feige Zaretsky (via Email)