# FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO & TERRANA, LLP

COUNSELORS AT LAW

THE OMNI
333 EARLE OVINGTON BLVD., SUITE 1010
UNIONDALE, NEW YORK 11553
TELEPHONE: (516) 248-1700
FACSIMILE: (516) 248-1729

**BRIAN J. HUFNAGEL**
BHUFNAGEL@FORCHELLILAW.COM                     WEBSITE:WWW.FORCHELLILAW.COM
Direct Dial: (516) 812-6285

June 4, 2015

Hon. Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York  11722

      Re:  **Zaretsky v. Zaretsky; Case No. 14-08187-REG**

Dear Judge Grossman:

    At this time, we do not yet have a decision on the motion to withdraw the reference pending before the District Court.  Harold Zaretsky's opposition papers were filed in District Court on January 30, 2015 (and no reply has been filed by Feige Zaretsky.

    Due to the pending motion to withdraw the reference, this letter will confirm that the hearing on Plaintiff's Motion to Remand Adversary Proceeding has been further adjourned from June 8, 2015 at 9:30 a.m. **to July 27, 2015 at 9:30 a.m.**

    Thank you and please feel free to give me a call with any questions.

                             Very truly yours,

                             */s/ Brian J. Hufnagel*

                             Brian J. Hufnagel

BJH/vmp
cc: Feige Zaretsky (via Email)