UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HAROLD ZARETSKY,                                    No. 14-08187 (REG)

                          Plaintiff,

    -against-

FEIGE ZARETSKY,

                          Defendant.
-------------------------------------------------------X

### ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION WITH TEMPORARY RESTRAINING ORDER

Upon the annexed declaration of Feige Zaretsky, executed on August 4, 2015, the exhibits thereto, and the memorandum of law, it is hereby:

ORDERED that Plaintiff Harold Zaretsky, show cause before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at Courtroom ____, United States Bankruptcy Court, Long Island Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on the ___ day of, _____ 2015 at _____, or as soon thereafter as movant may be heard, why an order should not be issued pursuant 28 U.S.C. §1651, 11 U.S.C. §105, 28 U.S.C. §1446(d), Federal Rule of Bankruptcy Procedure 9027, Federal Rule of Civil Procedure 65, and Federal Rule of Bankruptcy Procedure 8013, declaring void all state court orders issued between June 27, 2014 and this date in the removed motion proceeding pending withdrawal, (the "State Orders") and for an order preliminary enjoining Plaintiff Harold Zaretsky, his counsel Goldman and Maurer LLP, and all persons and entities acting together or in concert with Plaintiff, from:

    a. proceeding in State Court (Index No. 202667-04) on the removed motion proceeding -bankruptcy adversary proceeding 14-08187- (the "Removed

Proceeding"), unless and until an order remanding the Removed Proceeding is entered and mailed to the State Court;

b. taking any action to execute or enforce the State Orders; and

IT APPEARING that temporary relief is necessary to prevent immediate and irreparable harm pending the hearing and determination of defendant's order to show cause for a preliminary injunction, it is

ORDERED that pending the hearing on defendant's application, Harold Zaretsky is restrained from proceeding in State Court in the Removed Proceeding or otherwise interfering with the Removed Proceeding; and it is further

ORDERED that pending the hearing or determination on defendant's application, Harold Zaretsky and his counsel are restrained from executing or enforcing the State Orders; and it is further

ORDERED that a copy of this Order together with the papers upon which it was entered be served on Plaintiff's counsel via email and regular mail on or before August __, 2015 and such service shall be deemed sufficient on Plaintiff; and it is further

ORDERED that answering papers, if any, be served on or before _____, 2015 via email and mail on defendant; and it is further

ORDERED that reply papers, if any, be served on or before _____, 2015 via email and regular mail;

.Dated:  Central Islip, New York
        August___, 2015

Robert E. Grossman
United States Bankruptcy wJudge