UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:
FEIGE ZARETSKY

                              Debtor.
-----------------------------------------------------------x
HAROLD ZARETSKY,

                              Plaintiffs.

    -against-

FEIGE ZARETSKY,

                              Defendant.
-----------------------------------------------------------x

Case No.: 12-72963-reg
Chapter 13

Adv. Pro. No.: 14-08187-reg

## APPELLANT'S DESIGNATION OF ITEMS AND STATEMENT OF ISSUES ON APPEAL

On November 12, 2015 a Notice of Appeal to the District Court was Filed by Feige Zaretsky from the order dated November 28, 2015. The undersigned appellant respectfully requests that the record on this appeal include the following items and issues (with exhibits attached thereto):

1) **(Dkt. No. 1)**, Notice of Removal. Filed & Entered: 06/27/2014

2) **(Dkt. No. 2)**, Notice of Pre-Trial Conference. Filed & Entered: 06/27/2014

3) **(Dkt. No. 14)**, Motion for Remand. Filed & Entered: 02/12/2015
   (Attachments: # 1 Motion, # 2 Proposed Order, # 3 Exhibit 1 - Prior Remand Application, # 4 Exhibit 2 - Dismissal Order, # 5 Exhibit 3 - Feige Zaretsky Letter).

4) **(Dkt. No. 15),** Defendant's Declaration in Opposition. Filed & Entered: 03/25/2015

5) **(Dkt. No. 19),** Final Order, By District Court. Filed & Entered: 08/06/2015

6) **(Dkt. No. 20),** Expedited Motion. Filed & Entered: 08/06/2015

7) **(Dkt. No. 22),** Order. Filed & Entered: 10/29/2015

8) **(Dkt. No. 23),** Notice of Appeal. Filed & Entered: 11/12/2015

9) **(Dkt. No. 25),** Transmittal to District Court. Filed & Entered: 11/13/2015

10) **Docket Sheet.**

11) (DKT No. 28), TRANSCRIPT OF 10/26/2015: FILED/ENTERED 12/3/2015

*******

## STATEMENT OF ISSUES ON APPEAL

1. Did the Court err: by deeming an action to have been remanded to the state court when no order of remand has yet been issued;

2. in acting on a motion that was statutorily bared as untimely;

3. in deeming retroactively a marking off entry on the docket to act as an order without any order having been previously issued;

4. in holding that a main bankruptcy action dismissal acts as an automatic dismissal or as a remand of a related proceeding;

5. in marking off a proceeding without due process to the defendant, and subsequently deeming such process retroactively applicable;

6. in acting on an adversary proceeding without retaining specific jurisdiction in the main chapter 13 dismissal order, and without otherwise amending the dismissal order to retain jurisdiction;

RESPECTFULLY SUBMITTED

Dated: December 3, 2015

_____
FEIGE ZARETSKY

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In Re:
FEIGE ZARETSKY

                          Debtor.
--------------------------------------------------------x
HAROLD ZARETSKY,

                                   Plaintiffs.
          -against-

FEIGE ZARETSKY,
                                  Defendant.
--------------------------------------------------------x

Case No.: 12-72963-reg
Chapter 13

Adv. Pro. No.: 14-08187-reg

## CERTIFICATE OF SERVICE

The undersigned Dora Berlin, a person over the age of eighteen, hereby declares and certifies as follows: That on December 4, 2015 I served a copy of the "Designation of Items and Issues" annexed hereto, by emailing to counsel, by depositing same in a sealed envelope postage paid for delivery by first class mail in an official depository of the United States Postal Service, within the State of New York. addressed to:

    Brian J. Hufnagel Esq.,
    The Omni
    333 Earle Ovington Blvd, Suite 1010,
    Uniondale, New York, 11553

Dated: December 4, 2015
       Brooklyn, New York



Dora Berlin

1